IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN KERWIN :
:
v. : C.A. NO. 17-CV-5582
:
PARX CASINO, et al. :

## ORDER

**AND NOW**, this 8th day of March, 2019, it is hereby **ORDERED** that:

1. The second motion of defendant Sands Bethworks Gaming, LLC to dismiss [Doc. 61] is **GRANTED**.

2. The motion of defendants of Greenwood Gaming & Entertainment LLC, Parx Casino, Helmut Perzi to dismiss [Doc. 62] is **GRANTED**.

3. The motion of defendants Erika Joy Erb, Linda Powers, Julia Spielet, SugarHouse Casino, SugarHouse HSP Gaming LP, SugarHouse HSP Gaming Prop Mezz LP and Jules Vorndran to dismiss [Doc. 63] is **GRANTED**.

4. The motion of defendant Rush Street Gaming LLC to dismiss [Doc. 64] is **GRANTED**.

5. The motion of defendants James Hines, SMG Worldwide Entertainment & Convention Venue Management to dismiss [Doc. 65] is **GRANTED**.

6. The Complaint is **DISMISSED** in its entirety with prejudice.

7. The motion of the Plaintiff for leave to amend first amended complaint [Doc. 55] is **DENIED**.

8. The motion of the Plaintiff to compel [Doc. 56] is **DENIED** as moot.

9. The joint motion to stay discovery [Doc. 57] is **DENIED** as moot.

10. The Clerk is **DIRECTED** to mark this case closed.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
 **JEFFREY L. SCHMEHL, J.**